NRA 1100958033

| CHANCERY COURT FOR SULLIVAN COUNTY AT BLOUNTVILLE | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 19-CV-1858 1 |
|---|---|---|

RICKY UPCHURCH et al. Vs. National Rifle Association & Life Insurance Company of North America,

Served On:

AGIA, Inc., Claims Dept. PO Box 9842, Phoenix, AZ 85068-9842

You are hereby summoned to defend a civil action filed against you in Chancery Court, Sullivan County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 7-1-19

Sharon R Collier
Clerk / Deputy Clerk

Attorney for Plaintiff: R. Wayne Culbertson and Joseph W. McMurray
119 W. Market Street, Kingsport, TN 37660

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to Katherine T. Priester, Clerk & Master

## CERTIFICATION (IF APPLICABLE)

I, Sharon Collier, Deputy Clerk of Sullivan County do certify this to be a true and correct copy of the original summons issued in this case.

Date: 7-1-19

Sharon R Collier
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: ______

Date: ______ By: ______
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on ______, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant ______. On ______ I received the return receipt, which had been signed by ______ on ______. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: ______

Notary Public / Deputy Clerk (Comm. Expires ______ )

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call ______, ADA Coordinator, at ( ) ______.*

*Rev. 03/11*

**IN THE CHANCERY COURT FOR SULLIVAN COUNTY AT BLOUNTVILLE, TENNESSEE**

RICKY UPCHURCH as Executor of
The Estate of JUANITA UPCHURCH,
For the use and benefit of the next of kin of
CLAYTON UPCHURCH,
Decedent,

vs. C.A. No. 19-CV-18591

NATIONAL RIFLE ASSOCIATION and
LIFE INSURANCE COMPANY OF NORTH AMERICA,
Administered by:
AGIA, Inc.
Claims Dept.
PO Box 9842
Phoenix, AZ 85068-9842,

Defendant.

FILED 7-1, 2019 @ 3:57 a.m./p.m.
Katherine Priester, Clerk & Master
By [signature]

**COMPLAINT**

1. The decedent was a citizen and resident of Sullivan County, Tennessee, and the defendant, NATIONAL RIFLE ASSOCIATION, is a foreign corporation doing business in the State of Tennessee. The decedent was issued a policy of accidental death insurance, by the defendant corporation. Said policy was to cover the decedent and pay a sum certain to decedent's beneficiary in the event of an accident leading to the death. Decedent faithfully paid his premium pursuant to the terms and a policy of insurance was issued to the decedent; a copy of said deck sheet is attached.

2. Pursuant to the policy, the decedent was current and faithful to the payments of his premiums as of August 22, 2014.

3. In August of 2014, the decedent drove his motorcycle across the Country to enter into a poker tournament in Las Vegas, Nevada.

4. While enjoying his stay in Nevada, the decedent was involved in a traffic accident on U.S. 93.

5. According to the accident report attached as "Exhibit A" decedent's motorcycle left the road way and struck a curbed sidewalk coming to rest 21 feet north of the curb line on Canyon

Road on the East curb line of U.S. 93.

6. Witnesses at the scene state that a vehicle traveling north, in the same direction as the decedent on U.S. 93, illegally and without warning came into the lane of travel of the decedent causing him to swerve and lose control of his motorcycle, and thereby causing the accident.

7. Upon the arrival of emergency responders, decedent was immediately taken to the hospital.

8. After multiple visits to local hospitals in Nevada the decedent succumbed to his injuries and passed away on September 4, 2014 ay Jamestown Regional Medical Center. Copy of the death certificate is attached here as "Exhibit B".

9. Wherein according to part two number 28 a of said death certificate, decedent's death was listed as an accident.

10. Additionally, the Clark County office of coroner/medical examiner issued a letter on October 7, 2014 to the decedent's daughter, Angela Smith, attached as "Exhibit C". This report unequivocally states that the cause of death was an accident due to motor vehicle collision.

11. The relatives of the decedent, pursuant to the terms of the policy, gave proper notice as required by said policy of insurance and complied in all particulars with the terms and condition of the policy.

12. Despite the facts as alleged above the defendant has denied payment under to pursuant to the policy as stated in "Exhibit D".

13. The plaintiff alleges that the defendant has intentionally breached the contract, has not dealt in good faith with the plaintiff, that the defendant's accepted money for premiums and has woefully refused to pay pursuant to the policy terms even though said policy has been submitted to the insurance company for many months.

14. The plaintiff further alleges that the defendant is guilty of deceptive trade practices all of which are in violation of Consumer Protection Act of the State of Tennessee. Therefore,

violation of said act entitles the plaintiff to treble damages.

WHEREFORE, PLAINTIFF REQUESTS:

1. Wherein the process issue to that the plaintiff's be awarded to amounts due under the policy insurance

2. The plaintiff's be awarded damages pursuant to TCA §56-7-105. In addition, the defendant is liable upon issuers and bonding upon bad faith, failure to pay and failure to pay promptly, as required by insurance and bonding company's.

3. Plaintiff be awarded pre judgement interest.

4. Plaintiff be awarded treble damages pursuant to Tennessee's Consumer Protection Act and attorney's fees.

5. Any and all further relief equity so requires.

RICKY UPCHURCH as Executor of the Estate of Juanita Upchurch for the use and benefit of the next of kin of Clayton Upchurch, Decedent

By: ______________________________

**R. WAYNE CULBERTSON, BPR 000765**
Attorney for Plaintiff
119 W. Market Street
Kingsport, Tennessee 37660
(423) 247-6161 – Telephone
(423) 247-5072

______________________________
JOSEPH W. McMURRAY, BPR 28773
Attorney for plaintiff
119 W. Market Street
Kingsport, TN 37660
(423)247-6161

COST BOND

We acknowledge ourselves sureties for the payment of all costs of this cause.

R. WAYNE CULBERTSON

I, Katherine Priester, Clerk & Master of the Chancery Court of Sullivan County at Kingsport, Tennessee do hereby certify this to be a true and perfect copy of Complaint

Filed 7-1, 2015

Katherine Priester, Clerk & Master

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### SCENE INFORMATION SHEET
Revised 1/1/04

Event Number:

Code Revision: 01/01/2011

Accident Number: BCPD14BC1068

☐ 1) Property ☒ 2) Injury ☐ 3) Fatal

☒ 1) Urban ☐ 2) Rural | ☐ 1) Emergency Use ☐ 2) Office Report | ☐ 1) Preliminary Report ☒ 2) Initial Report | ☐ 3) Reconstruction ☐ 4) Supplement Report | ☐ 1) Hit and Run ☐ 2) Private Property

Agency Name: BOULDER CITY PD

| Collision Date | Time | Day | Beat / Sector | ☐ 1) County ☒ 2) City |
|---|---|---|---|---|
| 8 / 18 / 2014 | 2102 | MON | BC68 | BOULDER CITY |

| Mile Marker | # Vehicles | # Non Motorists | # Occupants | # Fatalities | # Injured | # Restrained |
|---|---|---|---|---|---|---|
| | 1 | 0 | 1 | 0 | 1 | 0 |

Surface: ☒ 1) Asphalt ☐ 2) Concrete ☐ 3) Gravel ☐ 4) Dirt ☐ 5) Other

Intersection: ☐ 1) Four Way ☐ 2) > Four Way ☐ 3) T ☐ 4) Y ☐ 5) Roundabout ☐ 6) Other

Paddle Markers: ☒ 1) None ☐ 2) Left Side ☐ 3) Right Side ☐ 4) Both Sides ☐ 5) Unknown

Occurred On: *(Highway # or Street Name)* ☐ 1) Parking Lot US93 N

☐ 1) At Intersection With

☒ 2) Or 21 ☒ 3) Feet ☐ 4) Miles ☐ 5) Approximate NORTH Of *(Cross Street)* CANYON RD

Access Control: ☒ 1) None ☐ 2) Full ☐ 3) Partial

**Roadway Character:** ☒ 1) Curve & Grade ☐ 2) Curve & Hillcrest ☐ 3) Curve & Level ☐ 4) Straight & Grade ☐ 5) Straight & Hillcrest ☐ 6) Straight & Level ☐ 7) Unknown ☐ 8) Other

**Roadway Conditions:** ☒ 1) Dry ☐ 2) Icy ☐ 3) Wet ☐ 4) Snowy ☐ 5) Sand / Mud / Oil / Dirt / Gravel ☐ 6) Other ☐ 7) Slush ☐ 8) Standing Water ☐ 9) Moving Water ☐ 10) Unknown

**Total Thru Lanes:** Main Road ☐ 1) One ☒ 2) Two ☐ 3) Three ☐ 4) Four ☐ 5) Five ☐ 6) > 5 — Total All Lanes: 2

**Average Roadway Widths:** Travel Lane 18 Ft; Storage / Turn Lane Ft; Median 4 Ft

**Paved Shoulder:** Inside 0; Outside 1

**Roadway Grade:** ☒ 1) Not Determined ☐ 2) Relatively Level Roadway ☐ 3) Up Slope (+) ☐ 4) Down Slope (-) — Relative To; Grade %

**Pavement Markings and Type:**
- ____ 1) Centerline, Broken Yellow
- ____ 2) Centerline, Solid Yellow
- ____ 3) Centerline, Double Yellow
- 4 4) Lane Line, Broken White
- ____ 5) Lane Line, Solid White
- ____ 6) No Passing, Either Direction
- ____ 7) Turn Arrow Symbols
- ____ 8) Center Turn Lane Line
- 1 9) Edge Line, Left, Yellow
- 1 10) Edge Line, Right, White
- ☐ 11) Other
- ☐ 12) None
- ☐ 13) Unknown

**Highway Description:** ☐ 1) Two-Way, Not Divided ☐ 2) Two-Way, Divided, Unprotected Median ☒ 3) Two-Way, Divided, Median Barrier ☐ 4) One-Way, Not Divided ☐ 5) Unknown ☐ 6) Off Road

**Weather Conditions:** ☒ 1) Clear ☐ 2) Cloudy ☐ 3) Snow ☐ 4) Rain ☐ 5) Blowing Sand, Dirt, Soil, Snow ☐ 6) Other ☐ 7) Fog, Smog, Smoke, Ash ☐ 8) Severe Crosswinds ☐ 9) Sleet / Hail ☐ 10) Unknown

**Light Conditions:** ☐ 1) Dusk ☐ 2) Dawn ☐ 3) Daylight ☐ 4) Unknown ☐ 5) Other ☐ 6) Dark - No Roadway Lighting ☒ 7) Dark - Spot Roadway Lighting ☐ 8) Dark - Continuous Roadway Lighting ☐ 9) Dark - Unknown Roadway Lighting

**Vehicle Collision Type:** ☐ 1) Head On ☐ 2) Rear End ☐ 3) Backing ☐ 4) Angle ☐ 5) Rear to Rear ☐ 6) Sideswipe - Meeting ☐ 7) Sideswipe - Overtaking ☒ 8) Non - Collision ☐ 9) Unknown

**Location of First Event:** ☐ 1) Travel Lane ☐ 2) Turn Lane ☐ 3) Gore ☐ 4) Median ☐ 5) Inside Shoulder ☒ 6) Outside Shoulder ☐ 7) Intersection ☐ 8) Private Property ☐ 9) Roadside ☐ 10) Other ☐ 11) Ramp ☐ 12) Unknown

**Highway / Environment Factors:** ☒ 1) None ☐ 2) Weather ☐ 3) Debris ☐ 4) Glare ☐ 5) Other Highway ☐ 6) Other Environmental ☐ 7) Shoulders ☐ 8) Road Obstruction ☐ 9) Worn Traffic Surface ☐ 10) Wet, Icy, Snow, Slush ☐ 11) Ruts, Holes, Bumps ☐ 12) Active Work Zone ☐ 13) Inactive Work Zone ☐ 14) Animal in Roadway ☐ 15) Unknown

**Property Damage To Other Than Vehicle**

Describe Property Damage: ROADWAY LIGHT POLE LOCATED APPROXIMATELY 212 FEET NORTH OF CANYON

Owner's Name: CITY OF BOULDER CITY ☐ 1) Owner Notified

Owner's Address: *(Street Address City, State Zip)* 401 CALIFORNIA ST, BOULDER CITY, NV, 89005

**First Harmful Event**

Code #: 324 Description: CURB

**Description of Accident / Narrative**

V-1 (MC) WAS TRAVELING NORTHBOUND IN THE NUMBER TWO TRAVEL LANE OF US93 NEAR CANYON ROAD, BOULDER CITY, NEVADA. V-1 FAILED TO NEGOTIATE THE ROADWAY CURVE, AT WHICH TIME V-1 LEFT THE TRAVEL LANE TO THE RIGHT AND STRUCK THE RAISED CONCRETE CURB/SIDEWALK. V-1 CONTINUED NORTHBOUND LEAVING BLACK TIRE SCUFF MARKS ALONG THE NORTHBOUND CURB OF US93 FOR APPROXIMATELY

☒ 1) Continued On Back of Scene Information Sheet

| Investigation Complete | Photos Taken | Scene Diagram | Statements | Date Notified | Time Notified | Arrival Date | Arrival Time |
|---|---|---|---|---|---|---|---|
| ☒ 1) Yes ☐ 2) No | ☒ 1) Yes ☐ 2) No | ☐ 1) Yes ☒ 2) No | ☒ 1) Yes ☐ 2) No # 1 | 8 / 18 / 2014 | 2103 | 8 / 18 / 2014 | 2103 |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| Nutzman | 278 | 8 / 18 / 2014 | Vince Albowicz | 8 / 25 / 2014 | 1 of 5 |

Scene Information

| Event Number: | STATE OF NEVADA<br>TRAFFIC ACCIDENT REPORT<br>SCENE INFORMATION SHEET<br>Revised 1/14/04 | Accident Number:<br>BCPD14BC1088<br>Agency Name:<br>BOULDER CITY PD |
|---|---|---|

**Description of Accident / Narrative Continuation**

212 FEET, AT WHICH TIME V-1 WENT OVER THE NORTHBOUND CURB AND LANDED ON ITS RIGHT SIDE, EJECTING D-1. V-1 CONTINUED ON ITS SIDE AND COLLIDED WITH A ROADWAY LIGHT POLE, KNOCKING THE LIGHT POLE DOWN. V-1 CAME TO REST ON ITS RIGHT SIDE FACING IN A SOUTHWESTERN DIRECTION ON THE NORTHBOUND SIDEWALK OF US93. D-1 CAME TO REST IN THE NORTHBOUND TURN LANE FROM US93 TO NEVADA HIGHWAY.

A.O.I. (#1) IS 21 FEET NORTH OF THE NORTH CURB LINE OF CANYON ROAD AT THE EAST CURB LINE OF US93.

A.O.I. (#2) IS 212 FEET NORTH OF THE NORTH CURB LINE OF CANYON ROAD AND 5 FEET EAST OF THE EAST CURB LINE OF US93.

V-1'S FINAL RESTING POINT IS 255 FEET NORTH OF THE NORTH CURB LINE OF CANYON ROAD AND 7 FEET EAST OF THE EAST CURB LINE OF US93

D-1'S FINAL RESTING POINT IS 286 FEET NORTH OF THE NORTH CURB LINE OF CANYON ROAD AND 21 FEET WEST OF THE EAST CURB LINE OF US93.

Indicate North

A.I.C.: ______________________

Case 2:19-cv-00149-DCLC-CRW Document 1-1 Filed 08/15/19 Page 7 of 14 PageID #: 11

# STATE OF NEVADA
## TRAFFIC ACCIDENT REPORT
### VEHICLE INFORMATION SHEET
Revised 1/14/04

Event Number:

Accident Number: BCPD14BC1088

Agency Name: BOULDER CITY PD

Vehicle #: V1 | # Occupants: 1 | [X] 1) At Fault | [ ] 2) Non Contact Vehicle

Direction of Travel: [X] 1) North [ ] 2) South [ ] 3) East [ ] 4) West [ ] 5) Unknown

Highway / Street Name: US93 N

Travel Lane #: 2

Vehicle Action: [ ] 1) Straight [ ] 2) Backing [ ] 3) Left Turn [ ] 4) Right Turn [ ] 5) U-Turn [ ] 6) Parked [ ] 7) Wrong Way [ ] 8) Stopped [ ] 9) Passing [ ] 10) Racing [ ] 11) Leaving Parked [ ] 12) Entering Lane [X] 13) Leaving Lane [ ] 14) Other Turning [ ] 15) Enter Parked [ ] 16) Driverless Vehicle [ ] 17) Lane Change [ ] 18) Other [ ] 19) Unknown

Driver: (Last Name, First Name, Middle Name, Suffix) UPCHURCH, CLAYTON R

Transported By: [ ] 1) Not Transported [X] 2) EMS [ ] 3) Police [ ] 4) Unknown [ ] 5) Other BOULDER CITY RESCUE

Street Address: 4514 WILLMARY DR

Transported To: SAINT ROSE SIENA HOSPITAL

City: KINGSPORT | State / Country [ ] 1) NV: TN | Zip Code: 37664

Person Type: 1 | Seating Position: 1 | Occupant Restraints: 19

[X] 1) Male [ ] 2) Female [ ] 3) Unknown | DOB: 8 / 6 / 1944 | Phone Number: 4235716127

Injury Severity: B | Injury Location: 2 | 3 | 8

OLN: 032119476 | State: [ ] 1) NV TN | Class: CM | [ ] 1) CDL [X] 2) DL | License Status: 0

Airbags: 1 | Airbag Switch: | Ejected: 1 | Trapped: 0

Compliance: [X] 1) Restrict [ ] 2) Endorse

| Endorsements | | | Restrictions | | |
|---|---|---|---|---|---|
| A | | | 1 | . | |

Alcohol/Drug Involvement: [X] 1) Not Involved [ ] 2) Suspected Impairment [ ] 3) Alcohol [ ] 4) Drugs [ ] 5) Unknown

Method of Determination (check up to 2): [ ] 1) Field Sobriety Test [ ] 2) Evidentiary Breath [ ] 3) Driver Admission [ ] 4) Urine Test [ ] 5) Blood Test [ ] 6) Preliminary Breath Test

Test Results:

Driver Factors: [ ] 1) Apparently Normal [ ] 2) Had Been Drinking [ ] 3) Drug Involvement [ ] 4) Apparently Fatigued / Asleep [ ] 5) Obstructed View [ ] 6) Driver Ill / Injured [X] 7) Other Improper Driving [ ] 8) Driver Inattention / Distracted [ ] 9) Physical Impairment [ ] 10) Unknown

Vehicle Year: 2013 | Vehicle Make: HARLEY DAVIDSON | Vehicle Model: HERITAGE SOFTAIL CL | Vehicle Type: MOTORCYCLE

Plate / Permit No.: 2012NR | State: [ ] 1) NV FL | Expiration Date: 6 / 30 / 2015 | Vehicle Color: BLK

Vehicle Identification Number: 1HD1BWV11DB053652

Registered Owner Name: [ ] 1) Same As Driver JC BROMAC CORP DBA EAGLERID,

Registered Owner Address: 11860 S LA CIENEGA BLVD, HAWTHORNE, CA 90250

Vehicle Factors: [ ] 1) Failed To Yield Right Of Way [ ] 2) Disregard Control Device [ ] 3) Too Fast For Conditions [ ] 4) Exceeding Speed Limit [ ] 5) Wrong Way / Direction [ ] 6) Mechanical Defects [ ] 7) Drove Left Of Center [ ] 8) Other [X] 9) Failed To Maintain Lane [ ] 10) Following Too Close [ ] 11) Unsafe Lane Change [ ] 12) Made Improper Turn [ ] 13) Over Correct/Steering [ ] 14) Other Improper Driving [ ] 15) Aggressive / Reckless / Careless [ ] 16) Driverless Vehicle [ ] 17) Unsafe Backing [ ] 18) Ran Off Road [ ] 19) Hit and Run [ ] 20) Road Defect [ ] 21) Object Avoidance [ ] 22) Unknown

Insurance Company Name: [X] 1) Insured PHILADELPHIA INDEMNITY INSURANCE COMPANY

Policy Number: PHPR2004289-09566 | Effective: 2 / 1 / 2014 | To: 2 / 1 / 2015

Insurance Company Address or Phone Number: 610-617-7900

[ ] 1) Vehicle Towed | Towed By: BIG JOHN TOWING

Removed To: Tow Yard

1st Contact: [X] 2 [ ] 3 [ ] 4 [ ] 1 [ ] 5 [ ] 8 [ ] 7 [ ] 6 [ ] 1) Over Ride [ ] 2) Under Ride

Damaged Areas: [X] 1) Front [X] 2) Right Side [X] 3) Left Side [X] 4) Rear [X] 5) Right Front [X] 6) Right Rear [ ] 7) Top [X] 8) Under Carriage [X] 9) Left Front [ ] 10) Left Rear [ ] 11) Unknown [ ] 12) Other

Traffic Control: F 1) Speed Zone; 2) Signal Light; 3) Flashing Light; 4) School Zone; 5) Ped. Signal; 6) No Passing; 7) No Controls; F 8) Warning Sign; 9) Turn Signal; 10) Other; 11) Stop Sign; 12) Yield Sign; 13) R.R. Sign; 14) R.R. Gates; 15) R.R. Signal; F 16) Marked Lanes; 17) Tire Chains/Snow Req.; 18) Permissive Green; [ ] 19) Unknown

Distance Traveled After Impact: 265 FEET

| Speed Estimate From | To | Limit |
|---|---|---|
| 45 | 55 | 45 |

Extent Of Damage: [ ] 1) Minor [ ] 2) Moderate [X] 3) Major [ ] 4) Total [ ] 5) None [ ] 6) Unknown

Sequence Of Events

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 324 | CURB | [X] | [ ] |
| 2nd | 311 | LIGHT/LUMINARY SUPPORT | [X] | [X] |
| 3rd | | | [ ] | [ ] |
| 4th | | | [ ] | [ ] |
| 5th | | | [ ] | [ ] |

| | Violation | NOC | Citation Number |
|---|---|---|---|
| (1) [ ] 1) NRS [ ] 2) CFR [ ] 3) CC / MC [ ] 4) Pending | | | |
| (2) [ ] 1) NRS [ ] 2) CFR [ ] 3) CC / MC | | | |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| Nutzman | 278 | 6 / 18 / 2014 | Vince Albowicz | 8 / 25 / 2014 | 3 of 5 |

Vehicle Information

**STATE OF NEVADA**
**TRAFFIC ACCIDENT REPORT**
**VEHICLE INFORMATION SHEET**
Revised 1/14/04

Event Number:

Accident Number: BCPD14BC1068

Agency Name: BOULDER CITY PD

Name: (Last Name, First Name, Middle Name Suffix)
Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other
Street Address:
Transported To:
City: State / Country ☐ 1) NV Zip Code:
Person Type: Seating Position: Occupant Restraints:
☐ 1) Male ☐ 3) Unknown ☐ 2) Female DOB: / / Phone Number:
Injury Severity: Injury Location:
Airbags: Airbag Switch: Ejected: Trapped:

Name: (Last Name, First Name, Middle Name Suffix)
Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other
Street Address:
Transported To:
City: State / Country ☐ 1) NV Zip Code:
Person Type: Seating Position: Occupant Restraints:
☐ 1) Male ☐ 3) Unknown ☐ 2) Female DOB: / / Phone Number:
Injury Severity: Injury Location:
Airbags: Airbag Switch: Ejected: Trapped:

Name: (Last Name, First Name, Middle Name Suffix)
Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other
Street Address:
Transported To:
City: State / Country ☐ 1) NV Zip Code:
Person Type: Seating Position: Occupant Restraints:
☐ 1) Male ☐ 3) Unknown ☐ 2) Female DOB: / / Phone Number:
Injury Severity: Injury Location:
Airbags: Airbag Switch: Ejected: Trapped:

☐ 1) Trailing Unit 1 VIN: Plate: State: ☐ 1) NV Type:
☐ 1) Trailing Unit 2 VIN: Plate: State: ☐ 1) NV Type:
☐ 1) Trailing Unit 3 VIN: Plate: State: ☐ 1) NV Type:

**Commercial Vehicle Configuration** ☐ 1) Commercial Vehicle ☐ 2) School Bus

☐ 1) Bus, 9-15 Occupants ☐ 2) Bus, > 15 Occupants ☐ 3) Single 2 Axle and 6 Tire ☐ 4) Single > 3 Axle ☐ 5) Any 4 Tire Vehicle
☐ 6) Trailer Only ☐ 7) Tractor / Trailer ☐ 8) Tractor / Doubles ☐ 9) Tractor / Triples ☐ 10) Truck with Trailer
☐ 11) Tractor / Semi Trailer ☐ 12) Passenger Vehicle, (HazMat) ☐ 13) Light Truck, (HazMat) ☐ 14) Other Heavy Vehicle

**Source**
☐ 1) Driver ☐ 2) Log Book ☐ 3) Shipping Papers / Trip Manifest ☐ 4) State Reg. ☐ 5) Side Of Vehicle ☐ 6) Other

Carrier Name:
**Power Unit GVWR**
☐ 1) ≤ 10,000 Lbs ☐ 2) 10,000 - 26,000 Lbs ☐ 3) ≥ 26,000 Lbs
☐ 1) HazMat ☐ 2) Released

Carrier Street Address:
City: State: ☐ 1) NV Zip:

**Cargo Body Type**
☐ 1) Pole ☐ 2) Tank ☐ 3) Flatbed ☐ 4) Dump ☐ 5) Unknown
☐ 6) Van / Box ☐ 7) Concrete Mixer ☐ 8) Auto Carrier ☐ 9) Garbage/Refuse ☐ 10) Not Applicable
☐ 11) Grain, Gravel Chips ☐ 12) Bus, 9-15 Occupants ☐ 13) Bus, > 15 Occupants ☐ 14) Other

Haz-Mat ID #:
Hazard Classification #:

**Type of Carrier**
☐ 1) Single State ☐ 2) USDOT ☐ 3) Canada ☐ 4) Mexico ☐ 5) None

NAS Safety Report #:
Carrier Number:

Page 4 of 5

**Vehicle Information**

[Illegible fax header] 0057005

# STATE OF NEVADA TRAFFIC ACCIDENT REPORT
Occupant / Witness Supplement
Revised 1/14/04

| Event Number: | Accident Number: BCPD14BC1068 |
|---|---|
| | Agency Name: BOULDER CITY PD |

**V #**

Name: (Last Name, First Name, Middle Name Suffix) HUGHES, KAYLANA L

Street Address: 220 NW LARRY ST

City: PULLMAN | State / Country ☐ 1) NV WA | Zip Code: 99163

☐ 1) Male ☐ 3) Unknown ☒ 2) Female | DOB: 12 / 20 / 1992 | Phone Number: 5092881881

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

Transported To:

Person Type: 3 | Seating Position: | Occupant Restraints:

Injury Severity: | Injury Location:

Airbags: | Airbag Switch: | Ejected: | Trapped:

**V #**

Name: (Last Name, First Name, Middle Name Suffix)

Street Address:

City: | State / Country ☐ 1) NV | Zip Code:

☐ 1) Male ☐ 3) Unknown ☐ 2) Female | DOB: / / | Phone Number:

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

Transported To:

Person Type: | Seating Position: | Occupant Restraints:

Injury Severity: | Injury Location:

Airbags: | Airbag Switch: | Ejected: | Trapped:

**V #**

Name: (Last Name, First Name, Middle Name Suffix)

Street Address:

City: | State / Country ☐ 1) NV | Zip Code:

☐ 1) Male ☐ 3) Unknown ☐ 2) Female | DOB: / / | Phone Number:

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

Transported To:

Person Type: | Seating Position: | Occupant Restraints:

Injury Severity: | Injury Location:

Airbags: | Airbag Switch: | Ejected: | Trapped:

**V #**

Name: (Last Name, First Name, Middle Name Suffix)

Street Address:

City: | State / Country ☐ 1) NV | Zip Code:

☐ 1) Male ☐ 3) Unknown ☐ 2) Female | DOB: / / | Phone Number:

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

Transported To:

Person Type: | Seating Position: | Occupant Restraints:

Injury Severity: | Injury Location:

Airbags: | Airbag Switch: | Ejected: | Trapped:

**V #**

Name: (Last Name, First Name, Middle Name Suffix)

Street Address:

City: | State / Country ☐ 1) NV | Zip Code:

☐ 1) Male ☐ 3) Unknown ☐ 2) Female | DOB: / / | Phone Number:

Transported By: ☐ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

Transported To:

Person Type: | Seating Position: | Occupant Restraints:

Injury Severity: | Injury Location:

Airbags: | Airbag Switch: | Ejected: | Trapped:

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| Nutzmen | 278 | 8 / 18 / 2014 | Vince Albowicz | 8 / 25 / 2014 | 5 of 5 |

Occupant / Witness Supplement

STATE OF NEVADA
CERTIFICATION OF VITAL RECORD

DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF HEALTH – VITAL STATISTICS

# CERTIFICATE OF DEATH

2014016166
STATE FILE NUMBER

**DECEDENT**

1a. DECEASED-NAME (FIRST, MIDDLE, LAST, SUFFIX): Clayton Randolph UPCHURCH JR
2. DATE OF DEATH (Mo/Day/Year): August 22, 2014
3a. COUNTY OF DEATH: Clark
3b. CITY, TOWN, OR LOCATION OF DEATH: Las Vegas
3c. HOSPITAL OR OTHER INSTITUTION - Name (If not either, give street and number): Desert Springs Hospital
3e. If Hosp. or Inst. Indicate DOA, OP/Emer. Rm. Inpatient (Specify): Inpatient
4. SEX: Male
5. RACE (Specify): White
6. Hispanic Origin? Specify: No - Non-Hispanic
7a. AGE-Last birthday (Years): 70
7b. UNDER 1 YEAR MOS / DAYS
7c. UNDER 1 DAY HOURS / MINS
8. DATE OF BIRTH (Mo/Day/Yr): June 06, 1944
9a. STATE OF BIRTH (If not U.S.A., name country): Pennsylvania
9b. CITIZEN OF WHAT COUNTRY: United States
10. EDUCATION: 16
11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify): Married
12. SURVIVING SPOUSE (If wife, give maiden name): Juanita STORIE
13. SOCIAL SECURITY NUMBER: 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
14a. USUAL OCCUPATION (Give Kind of Work Done During Most of Working Life, Even If Retired): Engineer
14b. KIND OF BUSINESS OR INDUSTRY: Engineering
Ever in US Armed Forces? No
15a. RESIDENCE - STATE: Tennessee
15b. COUNTY: Sullivan
15c. CITY, TOWN OR LOCATION: Kingsport
15d. STREET AND NUMBER: 4514 Willmary Drive
15e. INSIDE CITY LIMITS (Specify Yes or No): Yes

**PARENTS**

16. FATHER/PARENT - NAME (First Middle Last Suffix): Clayton R UPCHURCH SR
17. MOTHER/PARENT - NAME (First Middle Last Suffix): Elma KREIDER

18a. INFORMANT - NAME (Type or Print): Juanita UPCHURCH
18b. MAILING ADDRESS - (Street or R.F.D. No. City or Town, State, Zip): 4514 Willmary Drive Kingsport, Tennessee 37664

**DISPOSITION**

19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Cremation
19b. CEMETERY OR CREMATORY - NAME: Palm Crematory
19c. LOCATION City or Town State: Las Vegas Nevada 89101
20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such): BART BURTON SIGNATURE AUTHENTICATED
20b. FUNERAL DIRECTOR LICENSE: 50
20c. NAME AND ADDRESS OF FACILITY: Palm Mortuary-Downtown 1325 North Main Street Las Vegas NV 89101

**TRADE CALL** - NAME AND ADDRESS

**CERTIFIER**

To Be Completed by CERTIFYING PHYSICIAN:
21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title)
21b. DATE SIGNED (Mo/Day/Yr)
21c. HOUR OF DEATH
21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

To Be Completed by CORONER'S OFFICE:
22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title): TIMOTHY DUTRA M.D. SIGNATURE AUTHENTICATED
22b. DATE SIGNED (Mo/Day/Yr): October 06, 2014
22c. HOUR OF DEATH: 13:03
22d. PRONOUNCED DEAD (Mo/Day/Yr): August 22, 2014
22e. PRONOUNCED DEAD AT (Hour): 13:03

23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print): Timothy Dutra M.D. 1704 Pinto Lane Las Vegas, NV 89106
23b. LICENSE NUMBER: 13502

**REGISTRAR**

24a. REGISTRAR (Signature): MARY WILSON SIGNATURE AUTHENTICATED
24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr): October 07, 2014
24c. DEATH DUE TO COMMUNICABLE DISEASE: YES [ ] NO [X]

**CAUSE OF DEATH**

25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c).)
PART I (a) Metastatic adenoid cystic carcinoma — Interval between onset and death
DUE TO, OR AS A CONSEQUENCE OF: (b) — Interval between onset and death
DUE TO, OR AS A CONSEQUENCE OF: (c) — Interval between onset and death
DUE TO, OR AS A CONSEQUENCE OF: (d) — Interval between onset and death

CONDITIONS IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST

PART II OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not resulting in the underlying cause given in Part 1: Atherosclerotic cardiovascular disease and blunt force chest trauma due to motor vehicle collision
26. AUTOPSY (Specify Yes or No): Yes
27. WAS CASE REFERRED TO CORONER (Specify Yes or No): Yes
28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify): ACCIDENT
28b. DATE OF INJURY (Mo/Day/Yr): August 18, 2014
28c. HOUR OF INJURY: 2107
28d. DESCRIBE HOW INJURY OCCURRED: Driver of motorcycle ejected during single vehicle collision
28e. INJURY AT WORK (Specify Yes or No): No
28f. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify): Road
28g. LOCATION STREET OR R.F.D. No.: Buchanan Way and Veteran's Memorial Drive; CITY OR TOWN: Boulder City; STATE: Nevada

STATE REGISTRAR

VRS-Rev-20120523a

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

DATE ISSUED: OCT 10 2014

Registrar of Vital Statistics
By: [signature]

This Copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702-759-1010 • Tax ID # 88-0151573



**Clark County Office of Coroner/Medical Examiner**

1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210

10/7/2014

Angela Smith
3209 Mayfield Drive
Johnson City, TN 37604

Dear Angela Smith,

On behalf of the Clark County Office of the Coroner/Medical Examiner, we would like to extend our sincere sympathy to you regarding the loss of your loved one. This letter will serve as notification that the cause and manner of death has been determined as listed below:

| | |
|---|---|
| Name: | Clayton Randolph Upchurch, Jr. |
| Date of Death: | 8/22/2014 |
| Case #: | 14-07876 |
| Immediate Cause: | Metastatic Adenoid Cystic Carcinoma |
| Due to: | |
| Other Significant Condition: | Atherosclerotic Cardiovascular Disease and Blunt Force Chest Trauma due to Motor Vehicle Collision |
| Manner of Death: | Accident |

As part of this process, further studies must often be conducted before certifying a death. Please contact the local funeral establishment you've been working with to assist you in obtaining a certified Death Certificate(s) as this letter does not serve as such.

If we can be of further assistance to you, please do not hesitate to contact our office.

Respectfully,

The Clark County Office of the Coroner/Medical Examiner

# R. WAYNE CULBERTSON, PC

R. Wayne Culbertson
Attorney at Law
rwc@wayneculbertsonlaw.com

119 W. Market Street
Kingsport, Tennessee 37660
Telephone: (423) 247-6161
Facsimile: (423) 247-5072

Associate:
Joseph W. McMurray
Attorney at Law
mcmurraylaw@gmail.com

cmb@wayneculbertsonlaw.com

July 8, 2019
***Via Certified Mail***
***Return Receipt Requested***

AGIA, INC.
National Rifle Association & Life Insurance
Company of North America
PO Box 9842
Phoenix, AZ 85068-9842

Re: Ricky Upchurch as Executor of the Estate of Juanita Upchurch for the use and benefit of the next of kin of Clayton Upchurch v. National Rifle Association and Life Insurance of North America; In the Chancery Court for Sullivan County at Blountville, Tennessee; C.A. No. 19-CV- 18591

Dear Sir or Madam:

I am enclosing herewith Summons and Complaint regarding the above referenced matter. Please forward same to your legal team for response.

Sincerely,
R. WAYNE CULBERTSON, PC

Joseph W. McMurray las

Joseph W. McMurray

JWM/cb
Enclosure

R. WAYNE CULBERTSON, PC
Joseph W. McMurray
Attorneys at Law
119 W. Market Street
Kingsport, TN 37660

FIRST-CLASS

PITNEY BOWES
US POSTAGE
02 1P $ 007.10⁰
0002602223 JUL 08 2019
MAILED FROM ZIP CODE 37660

AGIA, INC.
National Rifle Association & Life Insurance
Company of North America
PO Box 9842
Phoenix, AZ 85068-9842