UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| RICKY UPCHURCH, as the executor of the estate of Juanita Upchurch; and RICKY UPCHURCH, for the use and benefit of the next of kin of Clayton Upchurch;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RIFLE ASSOCIATION, and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants | 2:19-CV-00149 |

**ORDER**

Pursuant to E.D. Tenn. Local Rule 3.2(d)(3), this matter has been referred to the undersigned to determine whether the above-captioned case is related to *Ricky Upchurch, et al. v. Mutual of Omaha Insurance Co.*, a case filed on August 14, 2019, and should be assigned to the district judge assigned to 2:19-CV-148.

The Court finds that the two cases are related as defined in Local Rule 3.2(d)(3)(A) as the cases arise out of the same transaction or occurrence involving a traffic accident in Nevada in August of 2014. Ricky Upchurch is the plaintiff in the original case and the related case.

Therefore, the Court finds this case and Case No. 2:19-CV-148 should be deemed related.

SO ORDERED:

s/ H. Bruce Guyton
Chief United States Magistrate Judge