UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RICKY UPCHURCH, as Executor of The Estate of JUANITA UPCHURCH, For the use and benefit of the next of kin of CLAYTON UPCHRUCH,<br><br>Decedent,<br><br>v.<br><br>NATIONAL RIFLE ASSOCIATION and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | No. 19-CV-00149 |

## CORPORATE DISCLOSURE STATEMENT OF THE NATIONAL RIFLE ASSOCATION OF AMERICA

Defendant, the National Rifle Association of America (the "NRA"), files this Corporate Disclosure Statement in the above-referenced action.

The NRA has no corporate interests to be identified under *Federal Rule of Civil Procedure* 7.1.

                Respectfully submitted,

                **ROBINSON, SMITH & WELLS, PLLC**

    By:    s/Marcie K. Bradley
                Marcie K. Bradley, #028222
                633 Chestnut Street, Suite 700
                Chattanooga, TN 37450-1801
                (423) 665-9529
                mbradley@rswlaw.com
                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2019, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      R. Wayne Culbertson, Esq.
      Joseph W. McMurray, Esq.
      119 W. Market Street
      Kingsport, Tennessee 37660

      **ROBINSON, SMITH & WELLS, PLLC**

      By:     s/Marcie Kiggans Bradley