| | | |
|---|---|---|
| **From:** | | Marcie K. Bradley |
| **To:** | | "Joseph McMurray" |
| **Cc:** | | Wayne Culbertson |
| **Subject:** | | RE: Upchurch |
| **Date:** | | Tuesday, December 31, 2019 3:53:00 PM |

Any further attempt to explain this to you appears to be a waste of my time. I have suggested you research whether LINA is an entity yourself, but you have not done this either. Since you have not withdrawn your motion, I will file a response and explain this to the Court. I also will be requesting my fees.

Wayne – I would like to speak with you about this case after the holiday.

Marcie

Marcie Kiggans Bradley
Attorney at Law
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
Phone: 423-665-9529
E-mail: mbradley@rswlaw.com

This is a confidential communication protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail or contact us at 423-756-5051.

**From:** Joseph McMurray <mcmurraylaw@gmail.com>
**Sent:** Tuesday, December 31, 2019 1:29 PM
**To:** Marcie K. Bradley <MBradley@rswlaw.com>
**Cc:** Wayne Culbertson <rwc@wayneculbertsonlaw.com>
**Subject:** Re: Upchurch

Where's the "C" for "Company"? I think you are confused as to what is an acronym and abrievatoin. One, the acronym, would be intuitive. The other is not.

Joseph W. McMurray
Attorney at Law
119 W. Market St.
Kingsport, TN 37660
T: (423) 247-6161
F: (423) 247-5072

This email, and attachments are only intended for the named addressees herein. It contains information that is legally privileged and confidential. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution or copying of this material is prohibited. If you have received this email in error,

please contact me at (423) 247-6161 and permanently delete this email and destroy any printout thereof. Thank you for your cooperation.

On Sun, Dec 22, 2019 at 4:30 PM Marcie K. Bradley <MBradley@rswlaw.com> wrote:

> Joe,
>
> I am not sure how else to explain this so that I am clear. LINA is an abbreviation for "Life Insurance Company of North America". It is the first letter of every word other than "of". The word LINA is not an entity. You may research this yourself if you like. You sued the correct party the first time "Life Insurance Company of North America". I am simply trying to help you keep the correct party in. If you want to substitute LINA for "Life Insurance Company of North America" by all means. I will just file a MTD for improper party, and we will have to start this case all over, which would be an incredible waste of time. I am happy to draft a stipulation stating "Life Insurance Company of North America" is the correct defendant while denying liability and that LINA is an abbreviation for "Life Insurance Company of North America" if that would help you understand this. This is my last attempt to explain this. If I have to respond to your second motion to amend to explain it again, I will ask for fees.
>
> Wayne – can you help Joe understand this abbreviation?
>
> Marcie
>
> Marcie Kiggans Bradley
> Attorney at Law
> Robinson, Smith & Wells, PLLC
> 633 Chestnut Street, Suite 700
> Chattanooga, TN 37450
> Phone: 423-665-9529
> E-mail: mbradley@rswlaw.com
>
> This is a confidential communication protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail or contact us at 423-756-5051.
>
> **From:** Joseph McMurray <mcmurraylaw@gmail.com>
> **Sent:** Sunday, December 22, 2019 12:10 PM
> **To:** Marcie K. Bradley <MBradley@rswlaw.com>
> **Subject:** Re: Upchurch
>
> Hey Marcie,
>
> So you would ask for fees for having to respond to interrogatories? I have a couple of emails from you where you state, rather emphatically, that the correct party is LINA. I relied on your communications to my detriment. I need sworn answers at this point.

Thanks,

Joseph Ward McMurray

On Fri, Dec 20, 2019 at 9:36 PM Marcie K. Bradley <MBradley@rswlaw.com> wrote:
> Joe,
>
> I am not sure how to respond to your email because you listed "Life Insurance Company of North America" as a defendant in your original state court complaint, which I have attached above. Please also see your client's policy listing "Life Insurance Company of North America". You did it right the first time. LINA is merely an abbreviation for "Life Insurance Company of North America". This is defined in every one of "Life Insurance Company of North America's" sworn pleadings. Please look at any of them.
>
> I am trying to be patient with you and help you keep the correct party in the case, but if I have to respond to interrogatories or to your second motion to amend to explain the correct party again, I will ask the Court for fees.
>
> Marcie
>
> Marcie Kiggans Bradley
> Attorney at Law
> Robinson, Smith & Wells, PLLC
> 633 Chestnut Street, Suite 700
> Chattanooga, TN 37450
> Phone: 423-665-9529
> E-mail: mbradley@rswlaw.com
>
> This is a confidential communication protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail or contact us at 423-756-5051.
>
> **From:** Joseph McMurray <mcmurraylaw@gmail.com>
> **Sent:** Friday, December 20, 2019 5:54 PM
> **To:** Marcie K. Bradley <MBradley@rswlaw.com>
> **Cc:** Wayne Culbertson <rwc@wayneculbertsonlaw.com>
> **Subject:** Re: Upchurch
>
> Marcie,
>
> I don't understand your email. It could not have been directed at me. One, I have several emails where you have stated that the correct party is "LINA." Two, I have never named Life Insurance Company of North America. So, I don't know which "original complaint" you are referring. Also, if this is the first I'm learning of Life Insurance Company of North America I

could not have named them, and accordingly, dismiss them from the complaint.

I'll send some interrogatories on Monday to your office and get the correct name.

Thanks,

Joseph W. McMurray
Attorney at Law
119 W. Market St.
Kingsport, TN 37660
T: (423) 247-6161
F: (423) 247-5072

This email, and attachments are only intended for the named addressees herein. It contains information that is legally privileged and confidential. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution or copying of this material is prohibited. If you have received this email in error, please contact me at (423) 247-6161 and permanently delete this email and destroy any printout thereof. Thank you for your cooperation.

On Fri, Dec 20, 2019 at 2:40 PM Marcie K. Bradley <MBradley@rswlaw.com> wrote:

> Good afternoon. I saw your second amended complaint. I just wanted to let you all know that you had the correct party in your original complaint – Life Insurance Company of North America. "LINA" is simply an abbreviation. By amending the complaint to sue "LINA", you have taken out the correct party again. Please email me next time if you have a question about the parties. You probably should go ahead and correct this with the Court because again you are dismissing the correct party.
>
> Marcie
>
> Marcie Kiggans Bradley
> Attorney at Law
> Robinson, Smith & Wells, PLLC
> 633 Chestnut Street, Suite 700
> Chattanooga, TN 37450
> Phone: 423-665-9529
> E-mail: mbradley@rswlaw.com
>
> This is a confidential communication protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail or contact us at 423-756-5051.

--
Joseph W. McMurray