UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| RICKY UPCHURCH, as executor of the estate of JUANITA UPCHURCH, and for the use and benefit of the next of kin of CLAYTON UPCHURCH,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RIFLE ASSOCIATION (NRA) and LIFE INSURANCE COMPANY OF NORTH AMERICA (LINA),<br><br>Defendants. | 2:19-CV-00149-PLR |

## ORDER

Plaintiff has filed a Second Motion to Amend/Revise Complaint [Doc. 20] and Defendants have filed a response in opposition to the motion [Doc. 27]. A telephone conference will be held in chambers to address these pleadings on **Wednesday, January 8, 2020 at 8:30 a.m.** Counsel shall call 1-888-278-0296 and use access code 1539438 to participate in the telephone conference.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge