# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENVILLE

RICKY UPCHURCH, as Executor of The )
Estate of JUANITA UPCHURCH, For the )
use and benefit of the next of kin of )
CLAYTON UPCHRUCH, )
                           )
            **Decedent,** )
                           )
**v.** )     **No. 19-CV-00149**
                           )
NATIONAL RIFLE ASSOCIATION and )
LIFE INSURANCE COMPANY OF )
NORTH AMERICA, )
                           )
            **Defendant.** )

---

## JOINT STIPULATION OF DISMISSAL

---

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 23rd day of February, 2021.

**R. WAYNE CULBERTSON PC**       **ROBINSON, SMITH & WELLS, PLLC**

                                      By:   <u>Marcie K. Bradley</u>
By:   <u>Joseph McMurray w/ permission mkb</u>     Marcie K. Bradley, #028222
       R. Wayne Culbertson, Esq.              700 Republic Centre
       Joseph W. McMurray, Esq.             633 Chestnut Street
       119 W. Market Street                  Chattanooga, TN 37450
       Kingsport, Tennessee 37660          (423) 665-9529
       Attorneys for Plaintiff                mbradley@rswlaw.com
                                          Attorney for Defendant